IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| RAUL MIRAMONTES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CV 315-061 |
| | ) |
| STACEY N. STONE, Warden, | ) |
| | ) |
| Respondent. | ) |

_____

**O R D E R**
_____

Petitioner, an inmate currently incarcerated at McRae Correctional Facility in McRae, Georgia, has filed an action under 28 U.S.C. § 2241. The record reflects that Petitioner has now paid the $5.00 filing fee after the Court denied his motion to proceed *in forma pauperis*, (doc. no. 3). The record also reflects that Petitioner filed a motion to supplement the record with a copy of the response to his Central Office Administrative Remedy Appeal that is dated June 26, 2015, but was not received by Petitioner until July 20, 2015. The Court **GRANTS** the motion. (Doc. no. 4.)

The United States Marshal is hereby directed to serve a copy of the petition, (doc. no. 1), the response to the Central Office Administrative Remedy Appeal attached to the motion to supplement, (doc. no. 4), and this Order by registered or certified mail upon: (1) the Attorney General of the United States; (2) the named Respondent; and (3) the civil process clerk at the office of the United States Attorney for the Southern District of Georgia. See Fed. R. Civ. P. 4(i).

Respondent is hereby ordered to show cause, in writing, why Petitioner's writ should not be granted by filing a return and response with the Clerk of the U.S. District Court, Post Office Box 1130, Augusta, Georgia 30903, within twenty days of the date of service.

SO ORDERED this 3rd day of August, 2015, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA