# United States District Court
## *Southern District of Georgia*

RAUL MIRAMONTES,

    Petitioner,

                                  JUDGMENT IN A CIVIL CASE

                                  CASE NUMBER: CV315-061

                    **V.**

STACEY N. STONE, Warden,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that in accordance with the Order of this Court entered on November 20, 2015, the Report and

Recommendation of this Magistrate Judge is ADOPTED as the opinion of this Court. Therefore,

the petition filed pursuant to 28 U.S.C. § 2241 is DISMISSED and stands CLOSED.

November 20, 2015
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*